UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERTO CAMARA SANCHEZ,

      Petitioner,

v.                                                                 Case No.:  2:26-cv-548-SPC-DNF

WARDEN, ALLIGATOR
DETENTION CENTER *et al.*,

      Respondents.
_____/

## OPINION AND ORDER

Before the Court is Camara Sanchez's Notice of Non-Compliance with Court Order and Request for Immediate Release (Doc. 9) and the government's response (Doc. 10).  Roberto Camara Sanchez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Camara Sanchez would be removed in the reasonably foreseeable future.  But in light of Camara Sanchez's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their response, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention, so they do not oppose release.  Camara Sanchez is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Roberto Camara Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) is

**GRANTED**.

1. The respondents shall release Camara Sanchez within 24 hours of this Order, and they shall give him telephone access so he can arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record